UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BALBO, | No. C-12-5137 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DIRECTOR OF CALIFORNIA STATE PRISONS; *et al.*, | |
| Defendants. | |

This *pro se* civil action was filed on October 3, 2012, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

Plaintiff used the form petition for writ of habeas corpus to commence this action, although the allegations in the form concern both his 1998 conviction and his conditions of confinement. If Plaintiff wishes to challenge his conviction from San Bernardino County Superior Court, he should file a petition for writ of habeas corpus in the U.S. District Court for the Central District of California. If he wishes to challenge the conditions of confinement at Salinas Valley State Prison, he should file a civil rights complaint in this district (*i.e.*, the Northern District of California).

1 Regardless of whether he files a civil rights complaint or a habeas petition, he must pay the filing fee
2 or file an *in forma pauperis* application at the time he files the new action.
3     The Clerk shall close the file.

5     IT IS SO ORDERED.

7 Dated: December 21, 2012

                                               _____
                                               EDWARD M. CHEN
                                               United States District Judge

**United States District Court**
For the Northern District of California